**B. G. ORNDORFF AS EXECUTOR OF THE LAST WILL AND TESTAMENT OF HELEN M. COCHRANE, DECEASED v. WALLACE S. COCHRANE, ET AL.**

38 So. (2nd) 138                                                    Fall Term, 1948
December 21, 1948                                                      En Banc
Rehearing denied Jan. 13, 1949

Affirmed.

**J. TOM WATSON, as Attorney General of the State of Florida, and P. B. McCormick, individually v. LOCAL DIVISION NO. 1267 OF THE AMALGAMATED ASSOCIATION OF STREET, ELECTRIC RAILWAY AND MOTOR COACH EMPLOYEES OF AMERICA; W. O. FRAZIER; THOMAS L. McBRAYER; MIAMI TRANSIT COMPANY; and R. D. FREEMAN.**

38 So. (2nd) 224                                                    Fall Term, 1948
December 21, 1948                                                     Division A

Affirmed.

**JENNIE WOOD v. FRANK M. BRYAN and RUBY E. BRYAN, his wife.**

38 So. (2nd) 221                                                    Fall Term, 1948
December 21, 1948                                                      En Banc

Affirmed.